# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1896

_____

David Friedeberg

*Plaintiff - Appellant*

v.

Mary Jo Bullard; Commonwealth Land Title Insurance Company

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: November 5, 2019
Filed: November 8, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this appeal in a diversity case, David Friedeberg challenges the district court's[1] adverse grant of summary judgment. Upon carefully reviewing the record

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the

and the parties' arguments on appeal, we find no basis for reversal.  <u>See</u> <u>Camp v. Commonwealth Land Title Ins. Co.</u>, 787 F.2d 1258, 1260 (8th Cir. 1986) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.